UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: ) | |
| ) | Chapter 13 |
| JAMIE PEARSON ) | Case No.: 18-13455 |
| Debtor, ) | |
| ) | |

## DEBTOR'S RESPONSE TO MOTION FOR RELIEF FROM STAY

Now comes the Debtor, Jamie Pearson, through Counsel and hereby responds to the Motion for Relief from Stay filed by PennyMac Loan Services, LLC as follows:

1. Admitted.
2. Admitted.
3. Admitted.
4. Admitted.
5. Admitted.
6. Admitted.
7. Admitted.
8. Admitted.
9. Admitted.
10. The Debtor is without sufficient information to admit or deny the statement contained in Paragraph 10.
11. Admitted.
12. The Debtor admits that the property is subject to the encumbrances listed, however, the Debtor denies that the property has a Federal Tax Lien from the Internal Revenue Service in the amount of $10,853.55 as this lien was

released. The release was recorded with the Barnstable County Registry of Deeds on September 25, 2018 at Book 31551, Page 286.

13. Admitted.

14. Admitted.

15. Admitted.

16. The Debtor admits that the movant has not received any post-petition payments. The Debtor would like to enter into a stipulation with Secured Creditor to cure the post-petition arrearage.

17. Admitted.

18. Admitted.

19. The Debtor disagrees that the property is not necessary for a successful reorganization.

20. The Debtor understands that the Movant seeks relief from stay as a secured creditor to enforce its rights under its loan documents and applicable law.

    I. The Debtor understands that the Movant is entitled to relief pursuant to 11 U.S.C. §362(d)(1) for cause on the basis that the Debtor has not made post-petition payments, and that the Debtor has failed to provide the plaintiff with adequate protection; however, as stated above, the Debtor would like to enter into a stipulation with Secured Creditor and requests that relief from stay not be granted at this time.

WHEREFORE, the Debtor, Jamie Pearson, through Counsel hereby requests that the Motion for Relief from Stay filed by PennyMac Loan Services, LLC be withdrawn or denied by this Honorable Court.

    Respectfully Submitted,
The Debtor,
By Her Attorney,

/s/ Peter M. Daigle
Peter M. Daigle, Esquire
BBO # 640517
1550 Falmouth Road, Suite 10
Centerville, MA 02632
(508) 771-7444

Dated: February 20, 2019

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have caused a duplicate copy of the above to be served upon all parties of record by electronic mail or by First Class Mail postage prepaid.

                                                /s/ Peter M. Daigle_____
                                                Peter M. Daigle, Esquire

Dated: February 20, 2019

Electronic Mail:

Carolyn Bankowski, US Trustee
John Fitzgerald, Asst. US Trustee
Joshua Ryan-Polczinski, Esquire for PennyMac Loan Services, LLC

First Class Mail:

Falmouth Tax Collector
59 Town Hall Square #1
Falmouth, MA 02540

Lustig, Glaser & Wilson PC
For FIA Card Services, N.A.
PO Box 9127
Needham, MA 02492

Barnstable County
3225 Main St.
PO Box 226
Barnstable, MA 02630

David Steinberg
For Irene's Meadow Association Trust
90 Altons Lane
East Falmouth, MA 02536

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

Massachusetts Department of Revenue
Bankruptcy Unit
PO Box 9564
Boston, MA 02114